**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GURJEET SINGH**, | Civil Action No.: |
| Petitioner, | |
| v. | |
| **IMMIGRATION AND CUSTOMS ENFORCEMENT**, in their official capacity; **NEW YORK CITY IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE**, in their official capacity; **MARKWAYNE MULLIN**, Secretary, U.S. Department of Homeland Security, in his official capacity; **TODD BLANCHE**, Acting U.S. Attorney General of the U.S. Department of Justice, in his official capacity, | Civil Action No.: 26-cv-5202(U/A) |
| Respondents. | |
| DAVID VENRURELLA, Acting Director of U.S Immigration and Customs Enforcement. | |
| Additional Respondent. | |

**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

Upon the annexed Affirmation of Mohammad Saleem, Esq., dated June 19, 2026, Memorandum of Law, and upon all of the pleadings and proceedings heretofore had herein, and sufficient cause having been shown therein,

Let counsel for the Respondents show cause at a hearing before the District Judge to whom the case is assigned on the 24th day of June, 2026 at 2 p.m or such other time or manner that the District Judge assigned shall designate, why an Order should not be made:

a) requiring either (i) the release of Petitioner from the custody of U.S. Immigration and Customs Enforcement ("ICE"); or (ii) a custody redetermination hearing before an Immigration Judge within 3 days at which time it is proven by the requisite standard of proof that Petitioner is a danger or flight risk; and

b) granting such other and further relief as the Court deems just and appropriate.

Pending the hearing and determination of Petitioner's petition, Respondents are RESTRAINED, ENJOINED AND ORDERED:

a) to refrain from removing Petitioner from the Southern District of New York; and

b) to promptly notify counsel of the present location at which Petitioner is detained by ICE, any changes in that location and the date time and place of any custody redetermination hearing.

This Order, together with the papers upon which it was granted, shall be served by Petitioner's counsel upon the Respondents by electronic service via email on or 20th day of June, 2026 at 2 p.m., which service shall be deemed timely and sufficient service thereof.

SO ORDERED.

20th day of June, 2026 at 11:50 a.m.

_____
P. Kevin Castel
United States District Judge
Part I